Case 1:24-cv-07752-AT   Document 30   Filed 02/24/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2025



**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

Case No.: 1:24-cv-08645 (AT)

**LETTER MOTION FOR EXTENSION OF TIME**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Dear Judge Torres:**

Pursuant to Your Honor's Order dated January 23, 2025 (ECF No. 26), Plaintiff, with the consent of all parties, respectfully requests an extension of time until February 28, 2025, to file the letter motion seeking approval of the settlement agreement.

The parties have diligently worked to finalize the settlement agreement; however, additional time is needed to obtain all necessary signatures. This is the first request for an extension of this deadline, and the extension will not affect any other scheduled dates in this matter.

We appreciate the Court's attention to this matter and respectfully request that the deadline be extended until February 28, 2025.

GRANTED.

SO ORDERED.

Dated: February 24, 2025
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge