UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENE VAZQUEZ,

                Plaintiff,

-against-

DESYY LAUNDROMAT INC.,
FU HAO LAUNDROMAT INC.,
and JUAN VELEZ,
WALTER "DOE",

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/2025
```

24 Civ. 7752 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 22, 2025, Plaintiff, Rene Vazquez, informed the Court that he had reached a settlement with Defendants, Old Town Laundry Services, Inc., and Indira Martinez (collectively, the "Old Town Defendants"), and that he "intends to continue prosecuting [his] claims against the remaining Defendants, Desyy Laundromat Inc., Fu Hao Laundromat Inc., Juan Velez, and Walter 'Doe.'" ECF No. 24. Since then, the Court has approved Vazquez and the Old Town Defendants' settlement and dismissed the Old Town Defendants from this action. ECF Nos. 34–35. Accordingly, by **April 14, 2025**, Vazquez shall file a letter indicating his intent with respect to the prosecution of this action against the remaining Defendants.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                                          ANALISA TORRES
                                               United States District Judge