UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENE VAZQUEZ,

                   Plaintiff,

        -against-

DESYY LAUNDROMAT INC.,
FU HAO LAUNDROMAT INC.,
and JUAN VELEZ,
WALTER "DOE,"

                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2025

24 Civ. 7752 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 22, 2025, Plaintiff, Rene Vazquez, informed the Court that he had reached a settlement with Defendants, Old Town Laundry Services, Inc., and Indira Martinez (collectively, the "Old Town Defendants"), and that he "intends to continue prosecuting [his] claims against the remaining Defendants, Desyy Laundromat Inc., Fu Hao Laundromat Inc., Juan Velez, and Walter 'Doe.'" ECF No. 24. On March 13, the Court approved Vazquez and the Old Town Defendants' settlement and dismissed the Old Town Defendants from this action. ECF Nos. 34–35.

On March 31, the Court directed Vazquez to indicate his intent with respect to the prosecution of this action against the remaining Defendants. ECF No. 36. By letter dated April 1, Vazquez requested two weeks "to properly evaluate and complete the necessary filings" in order to "dismiss the remaining Defendants" from this action. ECF No. 37. The Court granted the request. ECF No. 38.

Almost two months have passed, and the Court has received no submission from Vazquez. Accordingly, by **May 27, 2025**, Vazquez shall either dismiss this action against the remaining Defendants, *see* ECF No. 37, or indicate his intent with respect to the prosecution of this action against them. Vazquez is advised that failure to prosecute this action and comply with Court orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

        SO ORDERED.

Dated: May 19, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge